Sheik Zahid ALI; Safiya Zayna
Ali, Plaintiffs—Appellants,

v.

TRIMAC TRANSPORTATION SER-
VICES (WESTERN), INC.; Rohm &
Haas Company, Defendants—Appel-
lees.

No. 09–15401.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 15, 2011.

Filed March 3, 2011.

Robert M. Desky, Esquire, Merrill Glen
Emerick, Esquire, Anderlini & Emerick
LLP, San Mateo, CA, for Plaintiffs–Appel-
lants.

Christopher F. Johnson, Esquire, Rich-
ard M. Ozowski, Esquire, Maranga & Mor-
genstern, PLC, San Francisco, CA, for
Defendants–Appellees.

Before: SCHROEDER and THOMAS,
Circuit Judges, and BENNETT, District
Judge.*

MEMORANDUM **

The plaintiffs, Sheik Zahid Ali and Safi-
ya Zayna Ali, appeal the district court's
dismissal of their claim against defendant,
Trimac Transportation Services, Inc. The
court dismissed for lack of subject matter
jurisdiction under Federal Rule of Civil
Procedures 12(b)(1).

The district court had subject matter
jurisdiction, however, because the claim
falls within the district court's diversity
jurisdiction. 28 U.S.C. § 1332(a)(1); *see
also Begay v. Kerr–McGee Corp.*, 682 F.2d
1311, 1315–16 (9th Cir.1982).

Under California's workers' compensa-
tion law, an injured employee can pursue a
claim in state court if the employer has not
secured adequate workers' compensation
insurance. Cal. Lab.Code § 3706; *see
also Le Parc Cmty. Ass'n v. Workers'
Comp. Appeals Bd.*, 110 Cal.App.4th 1161,
1172, 2 Cal.Rptr.3d 408 (2003). The dis-
trict court found that the employer had
provided the requisite workers' compensa-
tion insurance, relying principally upon the
pleadings and the declarations attached to
the motion to dismiss. The parties on
appeal dispute the nature of the defen-
dant's insurance coverage and also dispute
the employment status of Ali. There has
been no discovery and no opportunity to
develop adequately the record in support
of a summary judgment motion. On the
basis of the sparse record before this
court, we are not in a position to resolve
those issues.

We therefore **VACATE** the district
court's judgment of dismissal and **RE-
MAND** for further proceedings.

---

* The Honorable Mark W. Bennett, District
  Judge for the United States District Court for
  the Northern District of Iowa, sitting by desig-
  nation.

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.